**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CLYDE E. LEVY,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Civil No. 01-1971 (DSD/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a prisoner at the Federal Medical Center in Rochester, Minnesota, has filed a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that Respondent, the United States Immigration and Naturalization Service, has entered a deportation order against him, which violates his rights under federal law and the Constitution. Petitioner is seeking a writ of habeas corpus that would vacate Respondent's deportation order and allow him to stay in the United States.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for Petitioner's deportation order and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's pending deportation in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised by the petition, which shall include a recommendation as to the need for this



OCT 31 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and

3. A certified copy of any court documents, administrative records, or other written materials that are germane to the issues raised in the petition.

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Dated: 10/31, 2001

Arthur J. Boylan
United States Magistrate Judge