**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

CLYDE E. LEVY, Civil No. 01-1971 (DSD/AJB)

Petitioner,

v. **ORDER**

IMMIGRATION AND
NATURALIZATION SERVICE,

Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 20, 2002, along with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that the petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **dismissed** with prejudice. [Docket No. 1]

Dated: March 14, 2002

David S. Doty
United States District Court Judge

MAR 15 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK